UNITED STATES DISTRICT COURT<br>
FILED<br>
April 5, 2000<br>
EASTERN DISTRICT OF LOUISIANA<br>
Loretta G. Whyte<br>
Clerk

# PARTIES ARE ORDERED TO COMPLY WITH THE ATTACHED NOTICE OF DISCLOSURE OF INTERESTED PARTIES

UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAR EASTERN SILO CORPORATION | CIVIL ACTION |
| VERSUS | NO. 00-0104 |
| M/V BAYOU PIQUANT, ETC., ET AL | SECTION "C" |

**PRELIMINARY CONFERENCE NOTICE**

A **PRELIMINARY CONFERENCE** regarding this action will be held **BY TELEPHONE** on **WEDNESDAY, APRIL 19, 2000, at 10:45 A.M.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another representative of your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

<i>/s/ Kimberly A. County</i><br>
KIMBERLY A. COUNTY<br>
Courtroom Deputy, Section "C"<br>
(504) 589-7682

**NOTICE: COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE**

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
___Fee_____
___Process___
_X_Dktd____KAC
___CtRmDep___
   Doc.No.___7___
```

## DISCLOSURE OF INTERESTED PARTIES

**COUNSEL SHALL FILE WITH THE CLERK WITHIN TEN DAYS FROM RECEIPT OF THIS ORDER A CERTIFICATE LISTING ALL PERSONS, ASSOCIATIONS OF PERSONS, FIRMS, PARTNERSHIPS, CORPORATIONS, AFFILIATES, PARENT CORPORATIONS, OR OTHER ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION. IF A GROUP CAN BE SPECIFIED BY A GENERAL DESCRIPTION, INDIVIDUAL LISTING IS NOT NECESSARY. <u>UNDERLINE THE NAME OF EACH CORPORATION WHOSE SECURITIES ARE PUBLICLY TRADED</u>. IF NEW PARTIES ARE ADDED OR IF ADDITIONAL PERSONS OR ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THE LITIGATION ARE IDENTIFIED AT ANY TIME DURING THE PENDENCY OF THIS LITIGATION, THEN EACH COUNSEL SHALL PROMPTLY FILE AN AMENDED CERTIFICATE WITH THE CLERK.**