

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAR EASTERN SILO CORPORATION <br><br> VERSUS <br><br> M/V BAYOU PIQUANT, her engines tackle, apparel, etc., *in rem*, and <br> BAYOU FLEET, INCORPORATED; <br> ALBANY INSURANCE COMPANY; <br> AMERICAN EMPLOYERS' INSURANCE COMPANY; <br> FIREMAN'S FUND INSURANCE COMPANY; <br> RELIANCE INSURANCE COMPANY; <br> ROYAL INSURANCE COMPANY OF AMERICA; <br> LUMBERMENS MUTUAL CASUALTY COMPANY; <br> and RLI INSURANCE COMPANY, *in personam* | CIVIL ACTION <br><br> NUMBER: 00-0104 <br> CONSOLIDATED WITH <br> 00-1539 <br><br> SECTION: "C" - (1) <br><br> JUDGE: <br> GINGER BERRIGAN <br><br> MAGISTRATE: <br> SALLY SHUSHAN |

### UNOPPOSED MOTION TO CORRECT PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Far Eastern Silo & Shipping Private Ltd. (Singapore), incorrectly referred to as "Far Eastern Silo Corporation", and requests this Court correct pleadings to show it as the proper party plaintiff in the captioned action for the reasons set forth in the attached Memorandum.

1

DATE OF ENTRY
JUL 2 5 2000

RESPECTFULLY SUBMITTED,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
HUGH RAMSAY STRAUB, T.A. (#12525)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
Attorneys for Far Eastern Silo & Shipping
     Private Ltd. (Singapore)

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by placing same in the U.S. Mail, postage prepaid, this __18__ day of July, 2000.

_____
HUGH RAMSAY STRAUB

N:\New Files Folder\326\32623\P\Correct Pleadings.mot.wpd

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAR EASTERN SILO CORPORATION<br><br>VERSUS<br><br>M/V BAYOU PIQUANT, her engines tackle, apparel, etc., *in rem*, and<br>BAYOU FLEET, INCORPORATED;<br>ALBANY INSURANCE COMPANY;<br>AMERICAN EMPLOYERS' INSURANCE COMPANY;<br>FIREMAN'S FUND INSURANCE COMPANY;<br>RELIANCE INSURANCE COMPANY;<br>ROYAL INSURANCE COMPANY OF AMERICA;<br>LUMBERMENS MUTUAL CASUALTY COMPANY;<br>and RLI INSURANCE COMPANY, *in personam* | CIVIL ACTION<br><br>NUMBER: 00-0104<br>   CONSOLIDATED WITH<br>        00-1539<br><br>SECTION: "C" - (1)<br><br>JUDGE:<br>GINGER BERRIGAN<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

**O R D E R**

CONSIDERING THE FOREGOING Motion to Correct Pleadings of Far Eastern Silo & Shipping Private Ltd. (Singapore),

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the correct name of the party plaintiff in this litigation is Far Eastern Silo & Shipping Private Ltd. (Singapore) and that the pleadings be corrected accordingly.

New Orleans, Louisiana, this 24th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE