

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAR EASTERN SILO CORPORATION | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0104 |
| M/V BAYOU PIQUANT, ETC., ET AL | * | SECTION "C" |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ADM/GROMARK RIVER SYSTEM, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-1539 |
| M/V FAR EASTERN PROGRESS, *in rem* and FAR EASTERN SILO CORP., *in personam* | * | SECTION "C" |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO CONTINUE HEARING ON
### MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant and third-party defendants, Bayou Fleet, Inc., the M/V BAYOU PIQUANT, Albany Insurance Company, American Employers' Insurance Company, Fireman's Fund Insurance Company, Reliance Insurance Company, Royal Insurance Company of America and Lumbermens Mutual Casualty Company (hereinafter



collectively referred to as "third-party defendants" and/or "Bayou Fleet, Inc. and its underwriters"), who respectfully move this Honorable Court to continue the hearing on Far Eastern Silo Corporation's Motion for Partial Summary Judgment which is set for hearing on August 16, 2000, all on the grounds more fully set forth in the accompanying memorandum.

|  |  |
|---|---|
| LUGENBUHL, WHEATON<br>PECK, RANKIN & HUBBARD | Respectfully submitted,<br><br>_____<br>J. CLAYTON DAVIE, JR., T.A. #17938<br>2775 Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Attorneys for Third-Party Defendants,<br>Bayou Fleet, Inc., the M/V BAYOU PIQUANT, Albany Insurance Company, American Employers' Insurance Company, Fireman's Fund Insurance Company, Reliance Insurance Company, Royal Insurance Company of America and Lumbermens Mutual Casualty Company |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of _____, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAR EASTERN SILO CORPORATION | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0104 |
| | * | |
| M/V BAYOU PIQUANT, ETC., ET AL | * | SECTION "C" |
| | * | |
| | * | MAG. 1 |

* * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| ADM/GROMARK RIVER SYSTEM, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-1539 |
| | * | |
| M/V FAR EASTERN PROGRESS, *in rem* | * | SECTION "C" |
| and FAR EASTERN SILO CORP., *in personam* | * | |
| | * | MAG. 1 |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

CONSIDERING THE FOREGOING MOTION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the hearing on the Motion for Partial Summary Judgment filed by Far Eastern Silo Corporation is hereby continued ~~and to be rescheduled at a date to be set by the court~~ and reset for September 27, 2000 at 9:30 a.m. Any opposition shall be filed by September 19, 2000.

_____
UNITED STATES DISTRICT JUDGE

New Orleans, LA, this 10th day of August, 2000.