

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAR EASTERN SILO CORPORATION | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0104 |
| | * | |
| M/V BAYOU PIQUANT, ETC., ET AL | * | SECTION "C" |
| | * | |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ADM/GROMARK RIVER SYSTEM, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-1539 |
| | * | |
| M/V FAR EASTERN PROGRESS, *in rem* | * | SECTION "C" |
| and FAR EASTERN SILO CORP., *in personam* | * | |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE OF COURT TO FILE
REPLY MEMORANDUM TO OPPOSITION TO
MOTION TO CONTINUE HEARING ON
MOTION FOR PARTIAL SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes defendant and third-party defendants, Bayou Fleet, Inc., the M/V BAYOU PIQUANT, Albany Insurance Company, American Employers' Insurance Company, Fireman's Fund Insurance Company, Reliance Insurance Company,

DATE OF ENTRY
AUG 1 6 2000

Royal Insurance Company of America and Lumbermens Mutual Casualty Company (hereinafter collectively referred to as "third-party defendants" and/or "Bayou Fleet, Inc. and its underwriters"), who request leave of court to file a Reply Memorandum to Opposition to Motion to Continue Hearing on Motion for Partial Summary Judgment, a copy of which is attached hereto as Exhibit 1, all on the grounds set forth in the accompanying memorandum.

Respectfully submitted,

LUGENBUHL, WHEATON
PECK, RANKIN & HUBBARD

_____
J. CLAYTON DAVIE, JR., T.A. #17938
2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for Defendant and Third-Party Defendants, Bayou Fleet, Inc., the M/V BAYOU PIQUANT, Albany Insurance Company, American Employers' Insurance Company, Fireman's Fund Insurance Company, Reliance Insurance Company, Royal Insurance Company of America and Lumbermens Mutual Casualty Company

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _11_ day of _August_, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding by fax.

_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAR EASTERN SILO CORPORATION | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0104 |
| | * | |
| M/V BAYOU PIQUANT, ETC., ET AL | * | SECTION "C" |
| | * | |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ADM/GROMARK RIVER SYSTEM, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-1539 |
| | * | |
| M/V FAR EASTERN PROGRESS, *in rem* | * | SECTION "C" |
| and FAR EASTERN SILO CORP., *in personam* | * | |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

**CONSIDERING THE FOREGOING MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM TO OPPOSITION TO MOTION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT,**

**IT IS HEREBY ORDERED** that defendants' Motion for Leave of Court to File Reply Memorandum to Opposition to Motion to Continue Hearing on Motion for Partial Summary Judgment, is hereby granted.

New Orleans, Louisiana, this ___15___ day of ___August___, 2000.

_____
UNITED STATES DISTRICT JUDGE

However, this issue is moot. The continuance has been granted.