FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 21  PM 12: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-104

MINUTE ENTRY
BERRIGAN, J
SEPTEMBER 21, 2000

IT IS ORDERED that the following motions set for hearing on September 27, 2000, will be considered on the briefs.

CR00-205   UNITED STATES OF AMERICA V LARRY ALFRED
Motion by Larry Alfred for new trial (15)

99-1400    DAVID TEMPLET V BLUE CROSS/BLUE SHIELD OF LOUISIANA
Motion by Louisiana Health Service and Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana for summary judgment (14)

99-3441    EMANUEL PAUL, ET AL V STEWART ENTERPRISES, INC., ET AL
Motion by Stewart Enterprises, Inc. for partial reconsideration of motion for summary judgment (64)

99-3705    5-STAR PREMIUM FINANCE, INC. V CORWYN DALE WOOD, ET AL
Motion by Corwyn Dale Wood and Corwyn Financial Services for summary judgment (30)
Motion by 5-Star Premium Finance, Inc. for summary judgment (39)

DATE OF ENTRY
SEP 21 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____



00-0104    FAR EASTERN SILO CORPORATION V M/V BAYOU PIQUANT, ETC., ET AL
Motion by Far Eastern Silo & Shipping Private Ltd. (Singapore) for partial summary judgment (20)

00-2112    DAVID JIRON, ET AL V JAKE'S BODY SHOP, INC., ET AL
Rule 12(b)(6) motion/alternatively, rule 56 motion for summary judgment by Jake's Body Shop, Inc, Carlo J. Vicari and Continental Insurance Company (4)

00-2318    KAYNE BROUSSARD, ET AL PARISH OF ORLEANS, ET AL
Rule 12(b)(6) motion by Orleans Parish Criminal Sheriff Charles C. Foti, Jr. to dismiss (3)

_____
UNITED STATES DISTRICT JUDGE