

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAR EASTERN SILO CORPORATION** | CIVIL ACTION |
| VERSUS | NUMBER: 00-0104 |
| M/V BAYOU PIQUANT, her engines tackle, apparel, etc., *in rem*, and BAYOU FLEET, INCORPORATED; ALBANY INSURANCE COMPANY; AMERICAN EMPLOYERS' INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; RELIANCE INSURANCE COMPANY; ROYAL INSURANCE COMPANY OF AMERICA; LUMBERMENS MUTUAL CASUALTY COMPANY; and RLI INSURANCE COMPANY, *in personam* | CONSOLIDATED WITH 00-1539<br><br>SECTION: "C" - (1)<br><br>JUDGE: GINGER BERRIGAN<br><br>MAGISTRATE: SALLY SHUSHAN |

### MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes Far Eastern Silo & Shipping Private Ltd. (Singapore) and respectfully requests the Court to permit it to file the attached Reply Memorandum to the Opposition of Bayou Fleet, Inc. to plaintiff's Motion for Partial Summary Judgment, all for the reasons listed in the attached Memorandum.

1

DATE OF ENTRY
SEP 25 2000



RESPECTFULLY SUBMITTED,

TERRIBERRY, CARROLL & YANCEY, L.L.P.


_____
HUGH RAMSAY STRAUB, T.A. (#12525)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
Attorneys for Far Eastern Silo & Shipping
    Private Ltd. (Singapore)


## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by placing same in the U.S. Mail, postage prepaid, this 25 day of September, 2000.

_____
HUGH RAMSAY STRAUB

N:\New Files Folder\326\32623\P\Leave.filereplymemo.mot.wpd

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| **FAR EASTERN SILO CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 00-0104** |
| **M/V BAYOU PIQUANT, her engines tackle, apparel, etc.,** *in rem,* **and** | **CONSOLIDATED WITH 00-1539** |
| **BAYOU FLEET, INCORPORATED; ALBANY INSURANCE COMPANY;** | **SECTION: "C" - (1)** |
| **AMERICAN EMPLOYERS' INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; RELIANCE INSURANCE COMPANY;** | **JUDGE: GINGER BERRIGAN** |
| **ROYAL INSURANCE COMPANY OF AMERICA; LUMBERMENS MUTUAL CASUALTY COMPANY; and RLI INSURANCE COMPANY,** *in personam* | **MAGISTRATE: SALLY SHUSHAN** |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE
<u>REPLY MEMORANDUM</u>**

On September 22, 2000, undersigned counsel received by mail a copy of Bayou Fleet's Opposition to plaintiff Far Eastern Silo & Shipping Private Ltd. (Singapore)'s Motion for Partial Summary Judgment. Apparently, the Opposition had been filed with the Court on September 19, 2000.

1

Several points raised by the Opposition require reply, and the Court needs to be made aware of additional evidence developed following the filing of the Motion for Partial Summary Judgment. Accordingly, plaintiff respectfully requests the Court consider the attached Reply Memorandum.

RESPECTFULLY SUBMITTED,

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_____
HUGH RAMSAY STRAUB, T.A. (#12525)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
Attorneys for Far Eastern Silo & Shipping
   Private Ltd. (Singapore)

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by placing same in the U.S. Mail, postage prepaid, this ___25___ day of September, 2000.

_____
HUGH RAMSAY STRAUB

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAR EASTERN SILO CORPORATION<br><br>VERSUS<br><br>M/V BAYOU PIQUANT, her engines tackle, apparel, etc., *in rem*, and<br>BAYOU FLEET, INCORPORATED;<br>ALBANY INSURANCE COMPANY;<br>AMERICAN EMPLOYERS' INSURANCE COMPANY;<br>FIREMAN'S FUND INSURANCE COMPANY;<br>RELIANCE INSURANCE COMPANY;<br>ROYAL INSURANCE COMPANY OF AMERICA;<br>LUMBERMENS MUTUAL CASUALTY COMPANY;<br>and RLI INSURANCE COMPANY, *in personam* | CIVIL ACTION<br><br>NUMBER: 00-0104<br>　　CONSOLIDATED WITH<br>　　00-1539<br><br>SECTION: "C" - (1)<br><br>JUDGE:<br>GINGER BERRIGAN<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

### O R D E R

**CONSIDERING THE FOREGOING** Motion of plaintiff Far Eastern Silo & Shipping Private Ltd. (Singapore)'s to file a Reply Memorandum to Bayou Fleet's Opposition to Motion for Partial Summary Judgment;

1

**IT IS HEREBY ORDERED** that plaintiff Far Eastern Silo & Shipping Private Ltd. (Singapore) be and is hereby permitted to file its Reply Memorandum.

New Orleans, Louisiana, this 25 day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE