FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 11 AM 8:32

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**OCTOBER 10, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAR EASTERN SILO CORPORATION | CIVIL ACTION |
| versus | NUMBER 00-0104 |
| | c/w    00-1539 |
| MV BAYOU PIQUANT, ETC., ET AL. | SECTION "C" (1) |

A settlement conference is scheduled in the above-captioned cases on Monday, October 16, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **October 13, 2000 at Noon**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the cases and what realistic amount the respective party would be willing to offer/accept to settle these matters. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

DATE OF ENTRY
OCT 11 2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE