```
                                              FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2000 OCT 27 PM 12: 43

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
BERRIGAN, J.
October 27, 2000

FAR EASTERN SILO CORPORATION, ET AL        CIVIL ACTION

VERSUS                                      NO. 00-104 c/w 00-1539

M/V BAYOU PIQUANT, ETC., ET AL              SECTION "C"

   IT IS ORDERED that the pre-trial conference previously set for October 31, 2000, at 3:00 p.m. is hereby CONTINUED and RESET for November 2, 2000, at 9:30 a.m. at the suggestion of counsel in order to facilitate settlement. A signed pre-trial order shall be filed by November 1, 2000, at 9:00 a.m. in the event that settlement is not reached.

DATE OF ENTRY
OCT 2 7 2000

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc.No.___