FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -1  PM 4:56

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 1, 2000

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FAR EASTERN SILO CORPORATION

versus

MV BAYOU PIQUANT, ETC., ET AL.

CIVIL ACTION

NUMBER  00-0104
c/w    00-1539

SECTION  "C" (1)

A settlement conference was held on October 16, 2000.

Present:

Hugh Straub, for Far Eastern Progress;
Clayton Davie, for Bayou Fleet;
Ted Haas, for RLI Insurance Co.;
Eddie Koehl, for ADM/Growmark;

Following discussions among the parties, the above-captioned cases have settled.

The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for

their cooperation in amicably resolving these matters.

DATE OF ENTRY

NOV 2  2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

___Fee_____
___Process___
_X_ Dktd
___CtRmDep___
Doc.No.___