```
                                        FILED
                                  U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                  2001 JAN 23  PM 4:06

                                   LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAR EASTERN SILO CORPORATION | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0104 |
| | * | |
| M/V BAYOU PIQUANT, ETC., ET AL | * | SECTION "C" |
| | * | |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ADM/GROWMARK RIVER SYSTEM, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-1539 |
| | * | |
| M/V FAR EASTERN PROGRESS, *in rem* | * | SECTION "C" |
| and FAR EASTERN SILO CORP., *in personam* | * | |
| | * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND ORDER OF DISMISSAL

On motion of Far Eastern Silo & Shipping Private Ltd. (Singapore), ADM/Growmark River System, Inc., Bayou Fleet, Inc. and the M/V BAYOU PIQUANT, and on suggesting to the Court that this entire matter has been settled and compromised and that the parties hereto desire dismissal of the above entitled action, with prejudice, each party to bear its own costs;

DATE OF ENTRY
JAN 25 2001

Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No.____

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action be and it is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this \_\_\_\_23\_\_\_\_ day of \_\_\_\_Jauary\_\_\_\_, 2000.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LUGENBUHL, WHEATON
 PECK, RANKIN & HUBBARD

_____
J. CLAYTON DAVIE, JR., T.A. #17938
CLAUDE F. BOSWORTH, #20711
2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for Bayou Fleet, Inc., the M/V BAYOU PIQUANT,
Albany Insurance Company, American Employers' Insurance Company,
Fireman's Fund Insurance Company, Reliance Insurance Company,
Royal Insurance Company of America and Lumbermens Mutual Casualty Company


TERRIBERRY, CARROLL & YANCEY, LLP


_____
HUGH RAMSAY STRAUB, #12525
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 523-6451
Attorneys for Far Eastern Silo & Shipping Private Ltd. (Singapore)

JONES, WALKER, WAECHTER, POITEVENT,
 CARRERE & DENEGRE, LLP


*[signature: Edward J. Koehl]*
EDWARD J. KOEHL, JR., #7805
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Attorneys for ADM/Growmark River System, Inc.


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of January, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding via U.S. Mail, properly addressed postage prepaid.

*[signature]*